# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Adams

Case No. Civil 00-106ADM/JGL

v.

JUDGMENT IN A CIVIL CASE

Hoyt Brill and Jon E. Litscher

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that respondents' motion to dismiss petitioner's application for habeas corpus relief is GRANTED and this action is DISMISSED WITH PREJUDICE.

DATE: August 30, 2000

FRANCIS E. DOSAL, CLERK

________________________________

Denise La Fond, Deputy Clerk